tance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. GARY DON SMITH, Defendant.

## DECISION

No. (C)DC-82-015

The application of the above-named defendant for a review of the sentence of 10 years plus $200 restitution imposed on June 8, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, and it shall be served concurrently with any other sentence the Defendant is serving, however, the restitution shall be dropped.

The sentence is not changed basically, it only clarifies the judgment made by the sentencing judge, and in order to conform with the requirements as set forth in 46-18-201, MCA, restitution is only applicable it a portion of the sentence is suspended, which in this case it is not.

We wish to thank Steve Swanberg, Attorney at Law, from Great Falls for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. DONALD SHORT, Defendant.

## DECISION

No. (A)DC-83-053

The application of the above-named defendant for a review of the sentence of 7 years; consecutive to any other sentence the Defendant is subject imposed on June 13, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be deferred until the records are clear.

Counsel is asked to obtain the following information:

(1) Copy of Sentencing Order from Judge Hatfield;

(2) Copy of Pardon from State of Washington;

(3) Clarification on Pre-Sentence Report, indicating if there is more than one Donald Short confusing the record with this Donald Short;

(4) Dismissal record from Federal Court;

(5) Obtain an up-to-date FBI check; and

(6) Any other pertinent information that would help clarify the record.

We wish to thank John Keith, Attorney from Great Falls, for his assistance to the Defendant and to this Court.

DATED this 6th day of January 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. KEVIN D. HALL, Defendant.

## DECISION

No. (B)DC-82-002

The application of the above-named defendant for a review of the sentence of 5 years for theft, suspended; 10 years for persistent felony offender; DANGEROUS; the sentences shall be served consecutively imposed on May 10, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 5 years for theft, all 5 years suspended; 5 years for persistent felony offender; both sentences shall be served consecutively; and the Defendant shall be under the Supervision of the Department of Adult Parole for the suspended portion of this sentence.

The amended sentence shall bring the sentence more in line with other crimes of a similar nature.

HON. MARK SULLIVAN DISSENTS: He would agree with the reduction in sentence and would also recommend that the Defendant be designated as NON-DANGEROUS.

We wish to thank Tim Boland, Attorney from Great Falls, for his assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Seventh Judicial District, County of Richland, STATE OF MONTANA, Plaintiff vs. DALE RANDALL BLANKENSHIP, Defendant.